**Order entered January 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00941-CR

**ANTHONY RASHAD GEORGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76714-S**

## ORDER

Before the Court is appellant's December 31, 2018 motion to substitute counsel. We **GRANT** the motion.

The Clerk of the Court is **DIRECTED** to **REMOVE** Sharita Blacknall and **SUBSTITUTE** Robert Udashen and Brett Ordiway as retained counsel for appellant. All future correspondence should be sent to Robert Udashen and Brett Ordiway, 2311 Cedar Springs Road, Suite 250, Dallas, TX 75201.

/s/    CORY L. CARLYLE
        JUSTICE